# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jennifer Wilson ,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:10cv573

Suntrust Bank, Inc., et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 26, 2011 Order.

                                                Signed: May 27, 2011

Frank G. Johns, Clerk
United States District Court